**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7307

FRANK HACKETT,

             Plaintiff - Appellant,

        v.

WILLIE J. TAYLOR, CO; FRANK BROWN, CO; ARNOLD JOHNSON, CO;
RODNEY MARSHALL, CO; KEITH RANDOLPH, CO,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    J. Frederick Motz, District Judge.
(1:04-cv-02130-JFM)

Submitted:  February 26, 2008      Decided:  March 18, 2008

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Frank Hackett, Appellant Pro Se.  Phillip Michael Pickus, OFFICE OF
THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Hackett appeals the district court's order granting summary judgment in favor of the correctional officers in his civil action filed under 42 U.S.C. § 1983 (2000) alleging use of excessive force. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. See Hackett v. Taylor, No. 1:04-cv-02130-JFM) (D. Md. Aug. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED